AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

### Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| TERRY REED | |

Case No. 2:12cr225-01-MEF

USM No. 14960-052

Laronda Martin
<br>Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    3 of the 9/23/13 Amd Petition   of the term of supervision.

☐ was found in violation of condition(s)                        after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Defendant Did Possess a Firearm | 07/11/2013 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.
Violations 1 and 2 Dismissed on Government's Motion

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1082

Defendant's Year of Birth: 1973

City and State of Defendant's Residence:
Banks, Alabama

12/19/2013
<br>Date of Imposition of Judgment

*/s/ Mark E. Fuller*
<br>Signature of Judge

Mark E. Fuller, U.S. District Judge
<br>Name and Title of Judge

20 DECEMBER 2013
<br>Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
        Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT: TERRY REED
CASE NUMBER: 2:12cr225-01-MEF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

24 Months. No supervised release imposed. The term of supervised release imposed on 04/16/2009 is revoked.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
　　☐ at _____ ☐ a.m. ☐ p.m. on _____.
　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　　☐ before 2 p.m. on _____.
　　☐ as notified by the United States Marshal.
　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL